IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02571-BNB

GARY EDWARD GRAHAM,

    Applicant/Petitioner,

v.

JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -2 2008

GREGORY C. LANGHAM
               CLERK

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

Petitioner, Gary Edward Graham, currently resides in Grand Lake, Colorado. On November 25, 2008, he filed a 28 U.S.C. § 2254 action in this Court and paid the $5.00 filing fee. As part of this Court's review, pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted 28 U.S.C. § 2254 Petition is deficient as described in this Order. Mr. Graham will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Graham files in response to this Order must include the civil action number on this Order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ Names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) ___ Other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use this Court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ Uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ Names in caption do not match names in text
(18) ___ Other

Accordingly, it is

ORDERED that Mr. Graham cure the deficiency designated above **within thirty days from the date of this Order.** Any papers that Mr. Graham files in response to this Order must include the civil action number that is noted on this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Graham, together with a copy of this Order, two copies of the following Court-approved form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Graham fails to cure the designated deficiency **within thirty days from the date of this Order** the Application will be denied and the action will be dismissed without further notice.

DATED December 2, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02571-BNB

Gary Edward Graham
PO Box 297
Grand Lake, CO 80447

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 12/2/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk