IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02571-WYD-MEH

GARY EDWARD GRAHAM,

    Applicant,

v.

EL PASO COUNTY PROBATION DEPARTMENT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    Applicant Gary Edward Graham, a prisoner under the supervision of the El Paso County Probation Department in Colorado Springs, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  Respondents have filed a response. After preliminary consideration of the application, I find that the state court record may be necessary for the resolution of this action.  Accordingly, it is

    ORDERED that, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, Respondents are directed **within thirty (30) days from the date of this Order** to submit to the to the Clerk of the Court in electronic format, if available, the complete record of Applicant's state trial in El Paso County District Court Case No. 88CR531, including transcripts and excluding any physical evidence not relevant to the asserted claims.  It is

    FURTHER ORDERED that the Clerk of the El Paso County District Court

produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court.  It is

FURTHER ORDERED that the Clerk of this Court send a copy of this order to both parties and to the Clerk of the El Paso County District Court, 270 South Tejon Street, P.O. Box 2980, Colorado Springs, CO 80901.

Dated:  February 9, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge