FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 07 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02571-WYD-MEH

GARY EDWARD GRAHAM,

    Applicant,

vs.

EL PASO COUNTY PROBATION DEPARTMENT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: September 7, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02571 WYD-MEH

El Paso County District Court
Judicial Bldg.
20 E. Vermijo Ave.
Colorado Springs, CO 80903

Gary Edward Graham
P.O. Box 297
Grand Lake, CO 80447

Christine Cates Brady - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 9/7/10 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk